UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERVENS J.,[1]<br>Petitioner,<br><br>v.<br><br>WARDEN OF CENTRAL VALLEY ANNEX, et al.,<br><br>Respondents. | No. 1:26-cv-06749-RLP<br><br>ORDER GRANTING LEAVE FOR PETITIONER'S COUNSEL TO FILE A SUPPLEMENTAL RESPONSE AND CORRECTING CASE CAPTION |

Before the Court are Petitioner Kervens J.'s *pro se* Petition for Writ of Habeas Corpus (ECF No. 1), *pro se* Motion for Temporary Restraining Order (ECF No. 2), Respondents' Opposition (ECF No. 9), and Petitioner's *pro se* Response to Opposition (ECF No. 13). Before Petitioner filed his *pro se* response, the Court appointed counsel to represent Petitioner and indicated that Petitioner could, through counsel, file a response to the respondents' opposition. ECF Nos. 11–12. The Court has since received a response by Petitioner, filed without the assistance of counsel. ECF No. 13.

Accordingly, **IT IS ORDERED:**

1. Petitioner, through counsel, may file a **supplemental response** to the respondents' opposition no later than **September 22, 2026**.

2. **The Clerk's Office shall amend the case caption to reflect that Petitioner's first name is Kervens.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel.

DATED September 2, 2026

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.